1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
BRUCE FRASER ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-mj-00119-SAB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| BRUCE FRASER ARMSTRONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Bruce Fraser Armstrong, that the status conference scheduled for November 3, 2023, may be continued to November 16, 2023, at 10:00 a.m.

According to jail personnel, Mr. Armstrong was transported from the Fresno County Jail to the hospital on Saturday, October 28.  He remains hospitalized at this time.  Defense counsel therefore requests this continuance to allow additional time to communicate with Mr. Armstrong about the case, as well as to ensure that Mr. Armstrong will be able to appear in court.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2023          */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                BRUCE FRASER ARMSTRONG


                                PHILLIP A. TALBERT
                                United States Attorney

Date: November 1, 2023          */s/ Chan Hee Chu*
                                CHAN HEE CHU
                                Assistant United States Attorney
                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The status conference currently set for November 3, 2023, is hereby continued to November 16, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 2, 2023**

UNITED STATES MAGISTRATE JUDGE