IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:23-mj-00119-SAB-1 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| BRUCE FRASER ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**       38 CFR 1.218(b)(4)

**Sentence Date:**      November 16, 2023

**Review Hearing Date:** May 16, 2025

**Probation Expires On:** November 16, 2025

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:**  $10 which Total Amount is made up of a
Fine: $     Special Assessment: $10     Processing Fee: $ Choose an item. Restitution: $

☐     Payment schedule of $      per month by the       of each month.

☐     **Community Service hours Imposed of:**

☒     **Other Conditions:**  Enroll and participate in a Veterans Affairs Mental Health Program at least 2 times per month, or as directed by the program specialist.

### *COMPLIANCE:*

☐     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

   **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

         If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:      Date: Click here to enter a date.
                                     Amount:

☐     To date, Defendant has performed Click here to enter text.  hours of community service.

☒     Compliance with Other Conditions of Probation:  Please see supplementary status report filed under seal.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Chan Hee Chu

DATED:  5/2/2025                                                                                    */s Chan Hee Chu*
                                                                                                              CHAN HEE CHU
                                                                                                              ASSISTANT U.S. ATTORNEY

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/15/2025 at 10 am

  ☒ be continued to 10/9/2025 at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  5/2/2025                                                                                    */s/ Laura Myers*
                                                                                                              LAURA MYERS
                                                                                                              DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for _May 16, 2025 at 10am be continued to _October 9, 2025 at 10:00 a.m.  The defendant is ordered to appear.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **May 5, 2025**                                                       _____
                                                                                                              STANLEY A. BOONE
                                                                                                              United States Magistrate Judge