# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:23-mj-00119-SAB-1 |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| BRUCE FRASER ARMSTRONG, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 38 CFR 1.218(b)(4)

**Sentence Date:** November 16, 2023

**Review Hearing Date:** May 16, 2025

**Probation Expires On:** November 16, 2025

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10 which Total Amount is made up of a Fine: $    Special Assessment: $10    Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $    per month by the    of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Enroll and participate in a Veterans Affairs Mental Health Program at least 2 times per month, or as directed by the program specialist.

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
    Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: As described in his previous status report, Mr. Armstrong remains at an assisted care facility and is receiving medical care as directed by the VA.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Chan Hee Chu

DATED: 9/25/2025

*/s Chan Hee Chu*
CHAN HEE CHU
ASSISTANT U.S. ATTORNEY

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 10/9/2025 at 10 am

    ☐ be continued to; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 9/25/2025

*/s/ Laura Myers*
LAURA MYERS
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that <u>the Review Hearing be vacated.</u>

☐ DENIED.

DATED: **Sep 26, 2025**

**STANLEY A. BOONE**
United States Magistrate Judge